IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RICKY W FUNCHESS,**

    **Plaintiff,**

v.                                                 **CASE NO. 5:05-cv-00149-AK**

**JO ANNE BARNHART,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

Plaintiff has moved to dismiss the complaint in this cause, which is unopposed by Defendant. (Doc. 20). Having considered said motion, the Court is of the opinion that it should be **GRANTED,** and this cause **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** this **5th** day of October, 2006

                          **s/ A. KORNBLUM**
                          **ALLAN KORNBLUM**
                          **UNITED STATES MAGISTRATE JUDGE**